810 A.2d 561

IN THE MATTER OF DAVID OLANDAN DAVENPORT, AN ATTORNEY AT LAW (ATTORNEY NO. 019711986).

November 26, 2002.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–184, concluding that by way of reciprocal discipline, **DAVID OLANDAN DAVENPORT** of **WASHINGTON, D.C.**, who was admitted to the bar of this State in 1986, and who has been ineligible to practice law since July 18, 1991, for

failure to pay the annual attorney assessments to the New Jersey Lawyers' Fund for Client Protection as required by *Rule* 1:28–2, should be admonished based on discipline imposed in the District of Columbia for conduct constituting a violation of *RPC* 1.15(a)(commingling and negligent misappropriation) and good cause appearing;

It is ORDERED that **DAVID OLANDAN DAVENPORT** is hereby admonished; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.